IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No.  15-cv-00769-RM-NYW

ALAN EUGENE HUMPHREY, an individual, and
WYOMING GTL, LLC, a Wyoming LLC,

      Plaintiffs,

v.

ESCALERA RESOURCES CO., a Maryland Corp., and
DOES 1-10, inclusive,

      Defendants.

_____

**ORDER DISCHARGING ORDER TO SHOW CAUSE (ECF No. 6)**
_____

Upon consideration of Plaintiff's Response (ECF No. 7) to this Court's Order to Show Cause entered on April 16, 2015 (ECF No. 6) and Plaintiff's filing of an Amended Complaint (ECF No. 8) it is

ORDERED that the Order to Show Cause (ECF No. 6) is DISCHARGED.

DATED this 6th day of May, 2015.

                BY THE COURT:

                _____
                RAYMOND P. MOORE
                United States District Judge